**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7869**

AGNES BERNICE HOLBROOK,

        Plaintiff - Appellant,

    v.

HONORABLE JUDGE JONES; UNKNOWN PERSONS AT THE FEDERAL
PROSECUTOR'S OFFICE,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:12-cv-00380-MFU-RSB)

Submitted:  March 28, 2013        Decided:  April 1, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Agnes Holbrook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Agnes Bernice Holbrook appeals the district court's order dismissing her civil action pursuant to 18 U.S.C. § 1915A(b)(1) (2006).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holbrook v. Jones, No. 7:12-cv-00380-MFU-RSB (W.D. Va. Oct. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* The claims against the district court judge were dismissed with prejudice, and the claims against the remaining defendants were dismissed without prejudice.